[No. 45647-4-I.   Division One.   January 29, 2001.]

SCOTT POLLARD, ET AL., *Appellants*, v. CHRISTOPHER SCHAEWE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-27257-1, Richard D. Eadie, J., entered November 1, 1999. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman and Kennedy, JJ.

[No. 45275-4-I.   Division One.   January 29, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD J. HOLBROOK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-02514-4, Charles W. Mertel, J., entered September 13, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45618-1-I.   Division One.   January 29, 2001.]

*In the Matter of the Marriage of* PAULA L. ABERCROMBIE, *Respondent*, and DAVID M. ABERCROMBIE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-3-09153-0, Michael J. Fox, J., entered September 21 and October 13, 1999. *Affirmed* by unpublished per curiam opinion. Now published at 105 Wn. App. 239.

[No. 45197-9-I.   Division One.   January 29, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM JOHN SOMERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-06858-1, Harriett M. Cody, J., entered September 3, 1999. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Webster, JJ.